RUDOLPH COHEN, Appellant, *v.* SARAH F. COTHEAL, Respondent.

*Cohen* v. *Cotheal*, 156 App. Div. 784, affirmed.
(Argued May 5, 1915; decided May 25, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 6, 1913, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action, tenant against landlord, to recover for damages to plaintiff's property from water. The complaint alleges that the plumbing in the building became out of repair and that the water in the pipes froze; that the defendant, through her agents, undertook to repair the plumbing and make the water run; that she left the plumbing in an unsafe condition without warning to the plaintiff, and, by reason of the defendant's negligence, water escaped causing the damage complained of.

*Milton Mayer* and *Saul Gordon* for appellant.

*C. W. Wickersham* and *Edwin P. Grosvenor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, HOGAN, MILLER, CARDOZO and SEABURY, JJ.